# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20−19682 − TJC**   Chapter: **7**

**Nikol C Edwards**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Ch 7 Income Form 122A−1 due 11/12/2020** |
| | **Credit Counseling Certificate due 11/12/2020** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** |
| | **Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by 11/12/20.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 10/30/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney−Raymond
410−962−4373

cc: Debtor
Attorney for Debtor − Frank Anthony Vitale

Form ntcddl (03/05)