# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **20−19682 − TJC**   Chapter: **7**

**Nikol C Edwards**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   19 – Consent Motion to Extend Time to Object to Discharge Filed by Nikol C Edwards. (Vitale, Frank)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 12/30/20. (The above pleading requires an electronic signature).**

CURE:   Please correct by the cure date shown above.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 12/16/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney−Raymond
410−962−4373

cc:   Debtor
  Attorney for Debtor − Frank Anthony Vitale

defntc (rev. 12/12/2016)