Entered: April 12, 2021
Signed:  April 12, 2021

**SO ORDERED**



_____
THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: 20−19682 − TJC    Chapter: 7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Nikol C Edwards
*debtor has no known aliases*
758 W Side Dr
Gaithersburg, MD 20878−3144

Social Security No.:  xxx−xx−7474

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 10/29/20.

The estate of the above−named debtor has been fully administered.

ORDERED, that Janet M. Nesse is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *mmaloneyraymond*